UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JOAN PEREZ                            :
                                      :   CIVIL ACTION NO. 3:21-0292
          **Plaintiff**               :
                                      :   (JUDGE MANNION)
     v.                               :
                                      :
LACKAWANNA                            :
COUNTY PRISON, *et al.*,              :
                                      :
          **Defendants**

# ORDER

Upon consideration of Defendants' motion for enlargement of time within which to file a brief in support of their pending motion for summary judgment and statement of material facts,[1] (Doc. 24) and Plaintiff's motion for enlargement of time to file a dispositive motion (Doc. 21) and motion for enlargement of time to respond to Defendants' motion for summary judgment (Doc. 22), **IT IS ORDERED THAT:**

**1.** Defendants' motion for enlargement of time (Doc. 24) is **GRANTED** to the extent that their May 12, 2022, Brief (Doc. 25) and Statement of Material Facts (Doc. 26) are accepted for filing.

**2.** Plaintiff's motions for an enlargement of time (Doc. 21, 22) are **GRANTED.** He may file his brief in opposition to Defendants'

---

[1] The Court notes that pursuant to M.D. Pa Local Rule 56.1, a statement of material facts shall accompany the motion for summary judgment.

motion for Summary Judgment, and/or his own dispositive motion on or before July 15, 2022.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: June 27, 2022**
21-0292-05