**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOAN PEREZ** | : | |
| | | **CIVIL ACTION NO. 3:21-0292** |
| **Plaintiff** | : | |
| | | **(JUDGE MANNION)** |
| **v.** | : | |
| | | |
| **LACKAWANNA** | : | |
| **COUNTY PRISON, *et al.*,** | | |
| | : | |
| **Defendants** | | |

## ORDER

Plaintiff, Joan Perez, an inmate confined in the Lackawanna County Prison, Scranton, Pennsylvania, filed the above captioned civil rights action pursuant to 42 U.S.C. §1983. (Doc. 1, complaint). Currently pending before the Court is Plaintiff's second motion for appointment of counsel. (Doc. 20). For the following reasons, the Court will deny the motion.

Previously by Order dated November 15, 2021, Court denied a similar motion for appointment counsel. (See Doc. 13). That Order also provided that if future proceedings demonstrated the need for counsel, Plaintiff's motion would be reconsidered. Since the entry of that order, Perez has continued to demonstrate a reasonable ability to litigate this action *pro se*. Furthermore, his latest motion fails to set forth sufficient special

circumstances or factors which would warrant the appointment of counsel.

See Tabron v. Grace, 6 F.3d 147, 153, 155-157 (3d Cir. 1993).

**IT IS HEREBY ORDERED THAT** Plaintiff's motion for appointment of counsel, (Doc. 20) is **DENIED**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: June 27, 2022**
21-0292-06

- 2 -